**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-00526

**BRENDA WHITTAKER**, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

**FREEDOM HOME LOANS, LLC**, a Texas limited liability company,

        Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(I)**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      **PLEASE TAKE NOTICE** that Plaintiff Brenda Whittaker ("Whittaker" or "Plaintiff"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that it voluntarily dismisses all claims asserted against Defendant Freedom Home Loans, LLC ("Defendant") in this action as to herself in her individual capacity with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the claims against Defendant may be dismissed with prejudice without an Order of the Court.

                                              **BRENDA WHITTAKER**, individually and on behalf of all others similarly situated,

Dated: May 4, 2022                     By: /s/ Taylor T. Smith
                                             One of Plaintiff's Attorneys

                                             Taylor T. Smith
                                             tsmith@woodrowpeluso.com
                                             Woodrow & Peluso, LLC

3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

*Counsel for Plaintiff and the Putative Class*

2